**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MAINE**

| | |
|---|---|
| In Re:<br>Eva Marie O'Leary fka Eva Marie Legere | Case Number 26-10114-MAF<br>Chapter 7 |

# ORDER DENYING MOTION TO EXTEND DEADLINE

Seneca Mortgage Servicing LLC's Motion to (Further) Enlarge Time to File Reaffirmation Agreement [Dkt. No. 17] is **DENIED**. Seneca has twice asked this Court to extend the deadline to file a reaffirmation agreement. The first request was granted by an order that contained the following warning:

"In the future, unadorned requests to extend the reaffirmation deadline may be summarily denied. A statement that 'more time is needed' is, by itself, not much of an explanation and certainly does not provide any basis for the reasonable exercise of discretion by the Court."

The second motion to extend the deadline does not contain any more information than the first one. In fact, the second motion contains the same explanation as the first one. Thus, summary denial is warranted.

Dated: October 26, 2026

Michael A. Fagone
United States Bankruptcy Judge
District of Maine